UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| MELISA JONES, Co-Administrator of the Estate of Timothy Derris Williams and TIMOTHY WILLIAMS, Co-Administrator of the Estate of Timothy Derris Williams<br>　　　　Plaintiffs,<br><br>v.<br><br>SHERIFF DONNIE HARRISON, WAKE COUNTY, THE OHIO CASUALTY AND INSURANCE CO.,<br>　　　　Defendants. | **JUDGMENT**<br>No. 4:12-CV-90-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's order dated April 9, 2013, the court GRANTS IN PART and DENIES IN PART Wake County's motion to dismiss. Counts one and eight survive against Wake County to the extent that the claims relate to Wake County's medical care plan for inmates. All other counts, as well as plaintiffs' claim for exemplary or punitive damages, are dismissed as to Wake County.

**IT IS FURTHER ORDERED THAT** the court GRANTS defendants' motions for summary judgment and DISMISSES the action. The clerk shall close the case.

**This Judgment Filed and Entered on July 22, 2014, and Copies To:**

Elaine Beverly Wilson  (via CM/ECF Electronic Notification)
J. Nicholas Ellis (via CM/ECF Electronic Notification)
John A. Maxfield (via CM/ECF Electronic Notification)
Roger A. Askew (via CM/ECF Electronic Notification)

| | |
|---|---|
| DATE<br>July 22, 2014 | **JULIE A. RICHARDS, CLERK**<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |